IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON DALE COLE &<br>CRYSTAL FAYE CHESSER,<br><br>    Defendant. | Case No.   24-CR-80-RAW |

## ORDER

Before the court is The Office of the Federal Public Defender and its attorney, Rhyder M. Jolliff's Motion for Leave to Withdraw as Counsel of Record [Docket No. 28] requesting leave to withdraw as counsel of record for Defendant Jason Dale Cole. Counsel represents that Mr. Cole has retained Robert Seacat to represent him for the remainder of the case and Mr. Seacat has entered an appearance as of May 20, 2024.

Accordingly, the Motion for Leave to Withdraw is GRANTED as to Rhyder Murree Jolliff of the Federal Public Defender's Office

IT IS SO ORDERED this 21st day of May, 2024.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA