**SEALED**

OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

RECEIVED
MAY 1 6 2024
U.S. Marshals
Eastern Oklahoma

United States of America )
v. )
)
) Case No. CR-24-80-RAW-2
)
CRYSTAL FAYE CHESSER )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
CRYSTAL FAYE CHESSER

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct. 10: Maintaining Drug Involved Premises with Forfeiture Allegation

DATE: 05/15/2024
Muskogee, Oklahoma

WARRANT ISSUED:
BONNIE HACKLER, Clerk

By: _____
*Deputy Clerk*

### Return

This warrant was received on (date) 5/16/24, and the person was arrested on (date) 5/16/24
at (city and state) Haskell, OK

Date: 5/17/24

**FILED**
MAY 20 2024
BONNIE HACKLER
Clerk, U.S. District Court
By _____ Deputy Clerk

Arresting officer's signature
Milisa Steiner
*Printed name and title*