# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.                                   Case No.  CR-24-80-RAW-01

JASON DALE COLE,

                Defendant.

## WAIVER OF DETENTION HEARING

After being advised in open court of his right to a detention hearing pursuant to 18 U.S.C. 3142(f), and after consulting with his/her attorney concerning said hearing, Defendant hereby waives his/her right to a detention hearing.

_____        _____
Defendant                                       Attorney for Defendant

5/22/24
_____
Date

## ORDER OF DETENTION

Defendant is hereby ordered detained pending further proceedings. Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility. On order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

May 22, 2024                                     
_____        _____
Date                                             GERALD L. JACKSON
                                                                 United States Magistrate Judge