SEALED

OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

RECEIVED
MAY 1 6 2024
U.S. Marshals
Eastern Oklahoma

United States of America
v.

JASON DALE COLE
*Defendant*

Case No. CR-24-80-RAW-1

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
JASON DALE COLE,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Possession with Intent to Distribute Methamphetamine with Forfeiture Allegation
Ct. 2: Possession of a Machine Gun with Forfeiture Allegation
Ct. 3: Felon in Possession of a Firearm with Forfeiture Allegation
Ct. 4: Use and Carry of a Firearm During and in Relation to a Drug Trafficking Crime with Forfeiture Allegation
Ct. 5: Possession with Intent to Distribute Methamphetamine with Forfeiture Allegation
Ct. 6: Possession with Intent to Distribute Marijuana with Forfeiture Allegation
Ct. 7: Felon in Possession of a Firearm with Forfeiture Allegation
Ct. 8: Possession of Unregistered Firearm with Forfeiture Allegation
Ct. 9: Use and Carry of a Firearm During and in Relation to a Drug Trafficking Crime with Forfeiture Allegation
Ct. 10: Maintaining Drug Involved Premises with Forfeiture Allegation

FILED
MAY 17 2024

DATE: 05/15/2024
Muskogee, Oklahoma

WARRANT ISSUED:
BONNIE HACKLER, Clerk

By: _____
Deputy Clerk

BONNIE HACKLER
Clerk, U.S. District Court
By: _____
Deputy Clerk

### Return

This warrant was received on (date) 5/16/24, and the person was arrested on (date) 5/17/24
at (city and state) Okmulgee, OK

Date: 5/17/24

Arresting officer's signature
Milisa Steiner
Printed name and title