**SEALED ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JASON DALE COLE &<br>CRYSTAL FAYE CHESSER,<br><br>*Defendants*. | SEALED<br><br>Case No. CR 24-080 RAW |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW, James S. Seaman, Assistant United States Attorney, and respectfully requests the court issue a Writ of Habeas Corpus Ad Prosequendum for **JASON DALE COLE, (HAIR: BLOND; EYES: BLUE; HEIGHT: 6'3"; WEIGHT: 175; DOB: 05/16/1979; SSN: XXX-XX-3188)**, now detained by the Sheriff/Warden of the Muskogee County Jail, Muskogee, Oklahoma, in order that he be presented forthwith for Initial Appearance/Arraignment and subsequent disposition of the charges in the above styled and numbered cause and after said Initial Appearance/Arraignment and ensuing litigation be returned to the custody of the said facility.

Date: May 15, 2024         /s/ *James S. Seaman*
                                    JAMES S. SEAMAN
                                    Assistant United States Attorney

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The instant Application for Writ of Habeas Corpus Ad Prosequendum is hereby **GRANTED** and the Sheriff/Warden of the Muskogee County Jail, Muskogee, Oklahoma as well as the United States Marshal for the Eastern District of Oklahoma, his deputies, and other U.S. Marshals and their deputies, is and are hereby directed to produce forthwith the body of **JASON DALE COLE, (HAIR: BLOND; EYES: BLUE; HEIGHT: 6'3"; WEIGHT: 175; DOB: 05/16/1979; SSN: XXX-XX-3188)** before the United States District Court for the Eastern District of Oklahoma at Muskogee, Oklahoma, for Initial Appearance/Arraignment and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to the custody of said facility.

Date: 5/15/2024                  _____
                                                UNITED STATES MAGISTRATE JUDGE

**FILED**

MAY 17 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

Cole
This __uncap__ was returned unexecuted on __5/16/24__ for __wrong facility__

Kerry Pettingill
U.S. Marshal

By: _____
DUSM