IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. CR-24-080-RAW |
| JASON DALE COLE & CRYSTAL FAYE CHESSER, | |
| *Defendant*. | |

## MOTION TO WITHDRAW AS COUNSEL FOR UNITED STATES

COMES NOW, the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and moves to allow Assistant United States Attorney James S. Seaman to withdraw as counsel in the above-referenced case. Assistant United States Attorney Michael E. Robinson has entered an appearance in this matter and will represent the United States in any further proceedings before this honorable court.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/  *James S. Seaman*
JAMES S. SEAMAN, LA Bar # 25496
Assistant United States Attorney
Attorney for the Plaintiff
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150
James.Seaman@usdoj.gov

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 27, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

  Robert V. Seacat, Counsel for Defendant, Jason Dale Cole
  Dan Medlock, Counsel for Defendant, Crystal Faye Chesser

              s/ *James S. Seaman*
              JAMES S. SEAMAN, LA Bar # 25496