# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

## ORDER FOR CRIMINAL PRETRIAL CONFERENCE

IT IS ORDERED:

**Prior to the Criminal Pretrial Conference:**

**Pleadings to be FILED by MONDAY, 10/7/2024, at 12:00 NOON:**

- Motion for Continuance OR Notice of Intent to Plead[1]
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: **Rule 404(b); Rule 412, Rule 415**

**Parties are to CONFER and SUBMIT to Chambers by MONDAY, 10/7/2024:**

- **All media[2] for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits**.

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference.  **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection and **are directed to provide the Court with a signed Consent form at the PTC,** if applicable. *(Consent Form is available on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE, *where a specific date for trial will be discussed.***

## THURSDAY, OCTOBER 17, 2024

9:00 AM

CR-21-290-RAW                United States of America v. Jeffery Brent Thomas

---

[1] **Change of Plea hearing must take place no later than Tuesday, October 15, 2024.**
[2] **In-camera media will be destroyed upon completion of review by the Court.**

**Page 2**

**9:15 AM**

| | |
|---|---|
| CR-21-358-RAW | United States of America v. Silvia Veronica Fuentes |

**9:30 AM**

| | |
|---|---|
| CR-23-119-RAW | United States of America v. Bryon Keith Spencer |

**9:45 AM**

| | |
|---|---|
| CR-23-205-RAW | United States of America v. Steven William Burden |

**10:00 AM**

| | |
|---|---|
| CR-24-44-RAW | United States of America v. Norman J. Couch, Jr. |

**10:15 AM**

| | |
|---|---|
| CR-24-57-RAW | United States of America v. Kendall Lee Forrester |

**10:30 AM**

| | |
|---|---|
| CR-24-63-RAW | United States of America v. Kathrine Jeannette Brown |

**10:45 AM**

| | |
|---|---|
| CR-24-70-RAW | United States of America v. Chrystano Peder Carmelo Cooper |

**11:00 AM**

| | |
|---|---|
| CR-24-75-RAW | United States of America v. Remington Blake Baxter |

**11:15 AM**

| | |
|---|---|
| CR-24-80-01-RAW | United States of America v. Jason Dale Cole |
| CR-24-80-02-RAW | United States of America v. Crystal Faye Chesser |

**11:45 AM**

| | |
|---|---|
| CR-24-88-RAW | United States of America v. Herman Will Sanders, Jr. |

**1:00 PM**

| | |
|---|---|
| CR-24-94-RAW | United States of America v. Jeffery Scott Pinkston |

Page 3

**1:15 PM**

CR-24-99-RAW | United States of America v. Bryant Dewayne Underwood

**1:30 PM**

CR-24-101-RAW | United States of America v. Trevor Scott McGuire

**1:45 PM**

CR-24-102-RAW | United States of America v. Sovana Xiong

**2:00 PM**

CR-24-108-RAW | United States of America v. Erik Rey Garcia

**2:15 PM**

CR-24-109-RAW | United States of America v. Jerad Daniel Abbott

**2:30 PM**

CR-24-112-RAW | United States of America v. Curtis Gene Atkins

**2:45 PM**

CR-24-113-RAW | United States of America v. Marcus Edward Lee

**3:00 PM**

CR-24-119-RAW | United States of America v. Cainen Isaac Shephard

**3:15 PM**

CR-24-120-RAW | United States of America v. Laura Gema Carroll

**3:30 PM**

CR-24-129-RAW | United States of America v. Thomas Edward Gailus

**3:45 PM**

CR-24-140-RAW | United States of America v. Jukobie Allen Ramsey

Page 4

| | |
|---|---|
| **4:00 PM** | |
| CR-24-141-RAW | United States of America v. Michael Wayne Lambert |
| **4:15 PM** | |
| CR-24-143-RAW | United States of America v. Gabriel Lee Williams, II |
| **4:30 PM** | |
| CR-24-147-RAW | United States of America v. Devon Ray Gillispie |
| **4:45 PM** | |
| CR-24-151-RAW | United States of America v. Karen Sue Freeman |
| **5:00 PM** | |
| CR-24-152-RAW | United States of America v. Jade Larae Duncan |

DATED this 24th day of September, 2024.

_(signature)_
Ronald A. White
United States District Judge
Eastern District of Oklahoma