IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>JASON DALE COLE ,<br><br>　　　　*Defendant.* | Case No. CR-24-080-RAW |

**NOTICE OF INTENT TO IMPEACH DEFENDANT
 WITH PRIOR CONVICTIONS**

COMES NOW the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Michael E. Robinson, and gives notice of its intent to use the following prior felony convictions for impeachment purposes of Defendant Cole pursuant to Fed. R. Evid. Rule 609:

1.　　Felony Eluding (CF 2012-66R). Defendant was sentenced to 10 years of imprisonment with 5 years suspended in Muskogee County District Court.

2.　　Distribution of Controlled Drug with Intent to Distribute (CF 1999-39R). Defendant was sentenced to 20 years of imprisonment (suspended) in Muskogee County District Court. Defendant's suspended sentence was revoked for a period of 5 years on April 25, 2012.

3.　　Driving a Motor Vehicle while Under Influence of Drugs (CF 2014-621). Defendant was sentenced to 3 years of imprisonment in Wagoner County District Court.

4.　　Possession of Firearm after Former Felony Conviction (CF 2014-621). Defendant was sentenced to 3 years of imprisonment in Wagoner County District Court.

5.　　Possession of Controlled Dangerous Substance (CF 2014-621). Defendant was sentenced to 3 years of imprisonment in Wagoner County District Court.

6. Assault and Battery Upon a Police Officer (CF 2010-1135). Defendant was sentenced to a term of five years with all, but the first six months suspended.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/    Michael E. Robinson
        Michael E. Robinson MA BA # 693574
        Assistant United States Attorney
        520 Denison Ave.
        Muskogee, OK 74401
        (918) 869-5144
        Michael.Robinson3@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert Seacat, Attorney for Defendant

s/    Michael E. Robinson
        Michael E. Robinson
        Assistant United States Attorney