IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JASON DALE COLE &<br>CRYSTAL FAYE CHESSER,<br><br>*Defendant.* | Case No. CR-24-080-RAW |

### GOVERNMENT'S SUPPLEMENT TO NOTICE OF INTENT TO OFFER EXPERT TESTIMONY DOCUMENT #52

1. Exhibit 3 - A list of cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition is attached to this notice. *See* Government's Exhibit 3.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/   Michael E. Robinson
Michael Robinson
MA BA #693574
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
(918) 684-5144
Michael.Robinson3@usdoj.gov

### CERTIFICATE OF SERVICE

I, hereby certify that on September 25, 2024, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: Robert Seacat, Attorney for Defendant Cole and Dan Medlock, Attorney for Defendant Chesser

s/   Michael E. Robinson
Assistant United States Attorney

1

**Analysts:** DARYL CHARLTON

| | Testimony Date | Court Case Number | OSBI Lab Case Number | Testified | Defendant |
|---|---|---|---|---|---|
| **Year 2018** | N/A | | | | |
| **Year 2019** | 2/12/2019 | N/A | 2018-018517 | YES | Johnathan Pruitt |
| | 3/26/2019 | N/A | 2018-018253 | NO | Billy Don Smith |
| | 8/6/2019 | CF-09-3 | 2018-011732 | NO | Forwodson |
| **Year 2020** | 10/9/2020 | CF-18-470 | 2018-016924 | NO | Jason Shay |
| **Year 2021** | N/A | | | | |
| **Year 2022** | 2/1/2022 | 21070101 | 2021-012007 | NO | Scotty Lester |
| | 2/14/2022 | CF-2021-61 | 2021-012556 | YES | Justin Jordan |
| | 4/14/2022 | CM2020-0080 | 2020-013623 | YES | Daniel Paul Harvey |
| | 5/25/2022 | CF-2021-257 | 2021-014805 | YES | Steve Laskowski |
| | 8/23/2022 | N/A | 2020-003512 | YES | John E. Wilson |
| | 10/11/2022 | CF-2020-0067 | 2020-010587 | NO | Jerry Fish |
| | 11/2/2022 | CF-2021-68 | 2021-011758 | NO | Johua Scherer |
| | 12/19/2022 | N/A | 2022-014008 | NO | Vincent Poyhonen |
| **Year 2023** | 6/20/2023 | CF-2021-249 | 2021-012003 & 2021-012004 | YES | Darrell Wayne Burris |
| | 6/21/2023 | CF-2021-249 | 2021-012003 & 2021-012004 | YES | Darrell Wayne Burris |
| | 7/17/2023 | CF-2020-136 | 2020-005366 | NO | Robert Dean Qualls |
| | 9/12/2023 | CM-2021-556 | 2023-007653 | YES | Thomas Nathan Travis |
| | 10/4/2023 | CF-2020-302 | 2020-014638 | NO | Joe David Garren |
| **Year 2024** | 2/27/2024 | CF-2023-00125 | 2024-002256 | YES | Joshua Butler |

**Exhibit 3**