UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff(s), )<br>)<br>vs. )<br>)<br>JASON DALE COLE & )<br>CRYSTAL FAYE CHESSER, )<br>)<br>    Defendant(s). ) | Case No. CR-24-080-RAW |

**MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT, JASON DALE COLE**

COMES NOW, Robert V. Seacat, trial counsel for the Defendant, JASON DALE COLE, hereinafter referred to as "Movant", moves this Court for an order allowing him to withdraw as counsel for the Defendant, JASON DALE COLE, for the reason that counsel was terminated by the Defendant on October 9, 2024.

1. That Movant has notified Michael E. Robinson, Assistant United States Attorney, that his representation has been terminated by the Defendant.

2. That that Movant does not believe the Defendant has engaged substitute counsel at this time and believes the Defendant intends to seek court appointed counsel.

3. That this cause of action is set for trial on 12/3/24 with pretrial motions and expert witness notices due 10/25/24.

4. That the Defendant is aware that Movant is filing this Motion To Withdraw, and in fact has requested Movant to do so.

5. That Movant does not file this motion with any purpose to frustrate justice or to cause undue delay, but is duty bound to file this motion given the directive from his client.

**WHEREFORE,** counsel for Defendant Cole respectfully moves this Court to enter an Order allowing him to withdraw from representation of the Defendant Cole, and for all other and further relief this Court deems just and proper.

Respectfully submitted,

/s/ Robert V. Seacat                               .
Robert V. Seacat, OBA #15441
3220 S. Peoria Ave, Suite 203
Tulsa, Oklahoma 74105
(918) 591-2555
(918) 398-6177 – FAX
robert@seacatlawfirm.com
samantha@seacatlawfirm.com
***ATTORNEY FOR DEFENDANT COLE***

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient)

Dan Medlock, Attorney for Crystal Chesser

Michael Robinson, Assistant United States Attorney

/s/ Robert V. Seacat                               .
Robert V. Seacat
***ATTORNEY FOR DEFENDANT COLE***