IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JASON DALE COLE and<br>CRYSTAL FAYE CHESSER,<br><br>*Defendant.* | Case No. CR-24-80-RAW |

## ORDER

Before the court is Robert V. Seacat's Motion to Withdraw as Attorney for Defendant, Jason Dale Cole [Docket No. 61] requesting the court to allow his withdrawal from representation of Mr. Cole. Counsel was retained and entered an appearance on May 20, 2024 replacing the Office of Federal Public Defender. Mr. Seacat indicates now that he has been terminated by Defendant Cole and that he doesn't think Mr. Cole has retained new counsel and that Mr. Cole might seek court appointed counsel.

Upon review of the record, the court finds that the Defendant was provided court-appointed counsel at the outset of the case upon presentation of a Financial Affidavit [Docket No. 15]. Accordingly, prior to a final ruling, the court directs Mr. Seacat, to certify that he has discussed the matters asserted in his motion with Mr. Cole. Further, Counsel Seacat is directed to advise Mr. Cole that he must retain new counsel immediately or submit an updated Financial Affidavit certifying that his financial condition remains the same as stated in his original Financial Affidavit.

IT IS SO ORDERED this 16th day of October, 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE