UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,            )
                                     )
          *Plaintiff(s),*            )
                                     )
vs.                                  )        Case No. CR-24-080-RAW
                                     )
JASON DALE COLE &                    )
CRYSTAL FAYE CHESSER,                )
                                     )
          *Defendant(s).*            )

**NOTICE OF COMPLIANCE**

COMES NOW, Robert V. Seacat, trial counsel for the Defendant, JASON DALE COLE, and pursuant to the Court's Order dated October 16, 2024, certifies that he has discussed the matters asserted in the *Motion To Withdraw* with the Defendant, and also has hand delivered a blank form entitled Financial Affidavit to the Defendant at the Okmulgee County Criminal Justice Authority (Okmulgee County Jail).

Respectfully submitted,

/s/ Robert V. Seacat                      .
Robert V. Seacat, OBA #15441
3220 S. Peoria Ave, Suite 203
Tulsa, Oklahoma 74105
(918) 591-2555
(918) 398-6177 – FAX
robert@seacatlawfirm.com
samantha@seacatlawfirm.com
***ATTORNEY FOR DEFENDANT COLE***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21th day of October, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient)

Dan Medlock, Attorney for Crystal Chesser

Michael Robinson, Assistant United States Attorney


_/s/ Robert V. Seacat_                              .
Robert V. Seacat
**_ATTORNEY FOR DEFENDANT COLE_**