IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>JASON DALE COLE and<br>CRYSTAL FAYE CHESSER,<br><br>    *Defendant.* | Case No. CR-24-80-RAW |

### ORDER

    Before the court is Robert V. Seacat's Motion to Withdraw as Attorney for Defendant, Jason Dale Cole [Docket No. 61] and his Notice of Compliance [Docket No. 64] with regard to the court's order [Docket No. 62]. On October 10, 2024, Mr. Seacat filed his motion requesting the court to allow his withdrawal from representation of Mr. Cole as he had been terminated by Defendant Cole. The court directed Mr. Seacat to confirm that Mr. Cole was informed of the motion to withdraw and to advise defendant that he must retain new counsel or submit an updated Financial Affidavit to seek court-appointed counsel.

    Mr. Seacat has certified that he has discussed with Mr. Cole the matters asserted in the motion to withdraw and has hand delivered a blank Financial Affidavit form to Mr. Cole.

    Accordingly, the court hereby GRANTS Mr. Seacat's Motion to Withdraw [Docket No. 61].

    IT IS SO ORDERED this 22nd day of October, 2024.

                                                                                              RONALD A. WHITE
                                                                           UNITED STATES DISTRICT JUDGE