**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

### ORDER FOR CRIMINAL PRETRIAL CONFERENCE

IT IS ORDERED:

**Prior to the Criminal Pretrial Conference:**

**Pleadings to be FILED by FRIDAY, 11/8/2024, at 12:00 NOON:**

- Motion for Continuance OR Notice of Intent to Plead[1]
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: **Rule 404(b); Rule 412, Rule 415**

**Parties are to CONFER and SUBMIT to Chambers by FRIDAY, 11/8/2024:**

- **All media[2] for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits**.

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection and **are directed to provide the Court with a signed Consent form at the PTC,** if applicable. *(Consent Form is available on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE,** *where a specific date for trial will be discussed.*

---

**THURSDAY, NOVEMBER 21, 2024**

---

9:00 AM

CR-22-117-RAW            United States of America v. Cody Ray McFadden

---

[1] **Change of Plea hearing must take place no later than Tuesday, November 12, 2024.**
[2] **In-camera media will be destroyed upon completion of review by the Court.**

**Page 2**

**9:15 AM**

CR-23-121-RAW — United States of America v. Lee Edward Redman

**9:30 AM**

CR-23-159-RAW — United States of America v. Wilmer Medardo Guerrero

**9:45 AM**

CR-23-177-RAW — United States of America v. Richard Leroy Osborn, III

**10:00 AM**

| | |
|---|---|
| CR-24-40-02-RAW | United States of America v. Jose Alberto Alvarado Gomez |
| CR-24-40-03-RAW | United States of America v. Ricardo Villeda |
| CR-24-40-05-RAW | United States of America v. Ana Isael Frayre Barboza |

**10:30 AM**

CR-24-51-RAW — United States of America v. Brett Wayne Pigeon

**10:45 AM**

CR-24-58-02-RAW — United States of America v. Joanna Lee Higgins

**11:00 AM**

| | |
|---|---|
| CR-24-69-01-RAW | United States of America v. Armondo Joseph Palma |
| CR-24-69-02-RAW | United States of America v. Brooklyn Elaine Wilson |

**11:30 AM**

CR-24-71-RAW — United States of America v. Nathaniel Dewayne Meashintubby

**11:45 AM**

CR-24-72-RAW — United States of America v. Rebecca Deanne Morehead

**1:00 PM**

CR-24-77-RAW — United States of America v. Perry Lee Emmett, Jr.

**1:15 PM**

CR-24-79-RAW — United States of America v. Michael Adrian Wrenn

**Page 3**

**1:30 PM**

| | |
|---|---|
| CR-24-80-01-RAW | United States of America v. Jason Dale Cole |
| CR-24-80-02-RAW | United States of America v. Crystal Faye Chesser |

**2:00 PM**

| | |
|---|---|
| CR-24-85-RAW | United States of America v. Robey Lee Butler |

**2:15 PM**

| | |
|---|---|
| CR-24-88-RAW | United States of America v. Herman Will Sanders, Jr. |

**2:30 PM**

| | |
|---|---|
| CR-24-92-RAW | United States of America v. Douglas Ray Lollis, Jr. |

**2:45 PM**

| | |
|---|---|
| CR-24-94-RAW | United States of America v. Jeffery Scott Pinkston |

**3:00 PM**

| | |
|---|---|
| CR-24-99-RAW | United States of America v. Bryant Dewayne Underwood |

**3:15 PM**

| | |
|---|---|
| CR-24-112-RAW | United States of America v. Curtis Gene Atkins |

**3:30 PM**

| | |
|---|---|
| CR-24-117-RAW | United States of America v. Victor Wayne Andrew Artussee |

**3:45 PM**

| | |
|---|---|
| CR-24-120-RAW | United States of America v. Laura Gema Carroll |

**4:00 PM**

| | |
|---|---|
| CR-24-157-RAW | United States of America v. Tamarion Dejhun Adamson |

DATED this 28th day of October, 2024.

*/s/ Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma