## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| *Plaintiff,* | ) ) ) |
| | ) Case No. 24-CR-00080-RAW-1 |
| **JASON DALE COLE,** | ) ) ) |
| *Defendant.* | ) |

### ORDER APPOINTING SUBSTITUTE COUNSEL

Upon consideration of the submitted Financial Affidavit in Support of Request for Attorney Without Payment of Fee, the Court finds the above-named individual, Jason Dale Cole, to be without sufficient funds to hire an attorney and hereby appoints Joseph Barrett as CJA counsel for Jason Dale Cole in this matter. Mr. Barrett is directed to file his Entry of Appearance forthwith.

**IT IS SO ORDERED** this 4th day of November, 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE