# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) **ENTRY OF APPEARANCE** |
| *Plaintiff*, | ) |
| | ) Case No.: 24-cr-80-RAW-1 |
| v. | ) |
| **JASON DALE COLE** | ) |
| *Defendant*. | ) |

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as CJA counsel in this case for Defendant, Jason Dale Cole.

Kindly direct all further communication to the undersigned via electronic mail.

    Respectfully submitted this 4th day of November 2024.

*[signature: Joseph P. Barrett]*

_____
**Joseph P. Barrett (Utah Bar 08088)**
BARRETT LAW, P.C.
280 N 200 W – Suite 250
Bountiful, UT 84010
Telephone: (801) 438-6704
Facsimile:  (801) 438-6133
E-mail:  joseph@utahlawgroup.com
*CJA Counsel for Defendant, Jason Dale Cole*

## **CERTIFICATE OF MAILING**

      I hereby certify that on November 4, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing

_____
Joseph P. Barrett