**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **UNOPPOSED MOTION TO** |
| *Plaintiff,* ) | **CONTINUE JURY TRIAL** |
| ) | |
| v. ) | **Case No.: 24-cr-80-RAW-1** |
| ) | |
| **JASON DALE COLE** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Defendant Jason D. Cole, by and through his counsel, Joseph P. Barrett of Barrett Law, P.C. respectfully seeks a continuance of his jury trial currently scheduled on December 3, 2024 and pre-trial conference on November 21, 2024.

Neither the Government nor counsel for co-Defendant Crystal Chesser oppose this request to permit recently undersigned appointed CJA counsel reasonable time necessary for effective preparation in this matter.

WHEREFORE, Defendant Cole prays that this Honorable Court grant this Unopposed Continuance of his jury trial and pre-trial conference in this matter to mutually agreeable dates in February 2025 or thereafter.

Respectfully submitted this 7th day of November 2024.

_____
**Joseph P. Barrett (Utah Bar 08088)**
BARRETT LAW, P.C.
280 N 200 W – Suite 250
Bountiful, UT 84010
Telephone: (801) 438-6704
Facsimile:  (801) 438-6133
E-mail:  joseph@utahlawgroup.com
*CJA Counsel for Defendant, Jason Dale Cole*

## **CERTIFICATE OF MAILING**

I hereby certify that on November 7, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing

_____

Joseph P. Barrett