# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. JASON DALE COLE and CRYSTAL FAYE CHESSER, *Defendants.* | Case No. 24-CR-080-RAW |

## ENTRY OF APPEARANCE

TO: BONNIE N. HACKLER, Clerk

COMES NOW, the plaintiff, United States of America, by Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, through Jarrod Leaman, Assistant United States Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

                                            CHRISTOPHER J. WILSON
                                            United States Attorney

s/     Jarrod Leaman
        JARROD LEAMAN, OBA #22623
        Assistant United States Attorney
        520 Denison Avenue
        Muskogee, Oklahoma 74401
        Telephone: (918) 684-5100
        Fax: (918) 684-5150
        Jarrod.Leaman@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.   Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the Counsel of Record.

      s/      Jarrod Leaman
            JARROD LEAMAN
            Assistant United States Attorney