In The United States District Court Date
For The Eastern District OF Oklahoma 1/10/25

United States of America )

                       Case No. CR-24-080 RAW

Vs.

Jason Dale Cole and
Crystal Faye Chesser

    Defendants.

## Motion To Dismiss
### For Prosecutorial And Police Misconduct

Comes Now and Hereby the defendants in the
above case respectfully moves this court to consider
Dismissing this Matter the defendant Mr. Jason
Dale Cole has been in the custody of the united
States since 11/18/23 The defendant Mr. Cole has
repeatedly and consistantly asked the united States
of America for a Complete copy of all discovery in
the above case since reception on 11/18/23 but has
been denied. This request is consistant with the 6th amendment
of the united States Constitution that states as
follows. In all Criminal Prosecutions, the acused shall
enjoy the right to a speedy and public trial by an
impartial jury of the state and district wherein

the crime shall have been committed, which district shall have been previously ascertained by Law, and to be "informed of the nature and cause of the accusation", to be confronted with the witnesses against him; to have compulsory process for Obtaining witnesses in his favor, and to have the assistance of counsel for his defence. On 11/18/23 the defendant Mr. Cole was assaulted by Highway patrol officer ethan Maulkey by stomping defendant mr Jason Cole's head while he was on the ground in handcuffs the defendant was fully compliant with the officers commands. yet, officer Maulkey still stomped the defendants head with out Justifiable cause. The defendant Mr. Cole's facial picture upon reception in to the Okmulgee County Jail or Mug shot clearly shows an injury to the face. This action by the arresting officer Mr. Ethan Maulkey was unconstitutional this action was excessive force in violation of state Law (Okla. Stat. Tit. 22 Sec. 34.1) which states in part as follows: "excessive force shall be presumed when force is used in excess of the force reasonably permitted by Law." This is evidence of police misconduct that violates the defendant mr. coles 14th amendment right to be free from the use of excessive force that amounts to Punishment. The united States of America has willfully suppressed this evidence in discovery. This action is considered Prosecutorial Misconduct. Police misconduct that

violates a defendants constitutional right and demands for all criminal charges to be dismissed under the 14th amendmend of the united states Constitution. The case law of 11 federal courts of Appeals holds Precedent that puts all officers on fair notice that they can not Maliciously harm a detainee on a whim or for reasons un related to the governments interest in maintaining order. Mr. Cole was not resisting infact was in hand cuffs on the ground and not posing a threat to himself or others, the united States of America has Supressed this evidence favorable to the defendant which shows the defendants bruise to the right side of his "face". This evidence is shown on the Okmulgee County's mug shot on 11/18/23. if A Prosecutor intentionally hides or supresses this evidence of Police misconduct is a violation of the 5th amendment of the united states constitution and demands all criminal charges to be dismissed See Brady vs. State of Maryland, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963) Therefore, The defendant Prays that this Honorable Court to consider the facts in this Motion and grant this Motion to Dismiss based on Police and Prosecutorial Misconduct See also: Police dash camera footage on 11/18/23 Respectfully Submitted

I Certify under Oath or Affirmation that the information in this Motion is true and Correct and that a true and Correct Copy was mailed postage prepaid to the Prosecutor of the United States Of America in This case on 1/10/25

united States of America
Eastern District of Oklahoma
P.O. Box 607
Muskogee, Ok. 74402

Jason Dale Cole
Defendant
Okmulgee County Jail
315 W. 8th st.
Okmulgee, OK
74447

RECEIVED

JAN 2 1 2025

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

Defendants Signature
X Jason Cole