## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. CR-24-80-RAW |
| JASON DALE COLE and CRYSTAL FAYE CHESSER, | |
| *Defendant.* | |

### ORDER

Before the court is Joseph Barrett's Unopposed Motion to Withdraw as Counsel for Defendant, Jason Dale Cole [Docket No. 78] requesting that counsel be allowed to withdraw from representation of Defendant Cole as he has been terminated by Mr. Cole. Counsel affirms that an irreparable breakdown in the attorney-client relationship has occurred preventing counsel from providing effective representation as required under the Sixth Amendment.

Accordingly, the court hereby GRANTS the Motion [Docket No. 78]. The court directs the office of the Federal Public Defender to appoint substitute counsel from the CJA panel forthwith.

IT IS SO ORDERED this 7th day of February, 2025.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE