AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CR-24-80-RAW |
| Jason Dale Cole & Crystal Faye Chesser | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jason Dale Cole

Date: 02/07/2025

*Attorney's signature*

Rhyder M. Jolliff, OBA No. 35145
*Printed name and bar number*

112 N 7th St.
Muskogee, OK 74401
*Address*

rhyder_jolliff@fd.org
*E-mail address*

(918) 687-2430
*Telephone number*

(918) 687-2274
*FAX number*