PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF OKLAHOMA

U.S.A. vs. Crystal Faye Chesser                                      Docket No. CR-24-00080-002-RAW

Report and Conduct of Defendant on Pretrial Release.

COMES NOW Maria Vasquez Pretrial Services Officer, presenting an official report upon the conduct of defendant, Crystal Faye Chesser, who was placed under pretrial supervision by the Honorable Gerald L. Jackson, sitting in the Court at Muskogee, Oklahoma, on May 20, 2024, under the following condition:

(7)(m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(7)(n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screeding or testing.

Respectfully presenting report to Court as follows:

On January 16, 2025, and January 22, 2025, the defendant provided a urine specimen that resulted in a presumptive positive for the presence of methamphetamine. When confronted, the defendant admitted to using methamphetamine on multiple occasions. When offered substance abuse treatment, the defendant denied needing services.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST AND REVOKE THE DEFENDANTS BOND.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 12th day of February, 2025 and ordered filed and made a part of the records in the above case. | Maria Vasquez<br>U.S. Pretrial Services Officer<br><br>Place: Eastern District of Oklahoma<br>Date: February 12, 2025 |
| GERALD L. JACKSON<br>United States Magistrate Judge | |