UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                       Case No.: CR-24-80-RAW

Jason Dale Cole

                                   **WAIVER OF SPEEDY TRIAL**

                Defendant.

The Defendant, Jason Dale Cole ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from April 1, 2025 to June 3, 2025 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_/s/ Jason Cole_
Defendant

_2-21-25_
Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_/s/ Ryan M. J. Cliff_
Attorney for Defendant

_02-21-2025_
Date