PS
(8/88)

# UNITED STATES DISTRICT COURT

for

Oklahoma Eastern

Docket No.

[CR-24-00080-RAW]-[002]

**RECEIVED** By U.S. MARSHALS SERVICE at 1:38 pm, Feb 12, 2025

**SEALED**

U.S.A. vs. Crystal Faye Chesser

TO:[1] Any United States Marshal or any other authorized officer

| WARRANT FOR ARREST OF DEFENDANT |
|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. |

NAME OF DEFENDANT
Crystal Faye Chesser

| SEX | AGE | RACE |
|---|---|---|
| Female | 42 | Native American |

ADDRESS (STREET, CITY, STATE)

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
Eastern District of Oklahoma, United States Courts, Muskogee, Oklahoma

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Bonnie N. Hackler | Kat Hayes | 2/12/2025 |

**RETURN**

| Warrant received and executed. | FILED FEB 26 2025 BONNIE HACKLER Clerk, U.S. District Court By_____ Deputy Clerk | DATE RECEIVED 2/12/25 | DATE EXECUTED 2/26/25 |
|---|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) USMS E/OK Okmulgee, OK | | | |
| NAME Robert Robinson | (BY) [signature] | | DATE 2-26-25 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for Eastern District of Oklahoma ;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."